**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00719-REB-BNB

TRAVELODGE HOTELS, INC.,

    Plaintiff,

v.

THIENCO HOSPITALITY, LLC, a Colorado limited liability company,
HENRY VAN DOAN, an individual,
KIM XUAN DOAN, an individual,
MARK GROVES, an individual,
BUSINESS LOAN CENTER, LLC, a Delaware limited liability company,
BLC REAL ESTATE, LLC, a Delaware limited liability company, and
JABEZ ENTERPRISES, LLC, a Colorado limited liability company,

    Defendants.

**ORDER OF DISMISSAL
(As To Defendant Jabez Enterprises, LLC, Only)**

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal of Plaintiff's Claims Only Against Separate Defendant Jabez Enterprises, LLC** [#17], filed May 25, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Jabez Enterprises, LLC, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Plaintiff's Claims Only Against Separate Defendant Jabez Enterprises, LLC** [#17], filed May 25, 2007, is

**APPROVED**;

      2.  That plaintiff's claims against defendant Jabez Enterprises, LLC **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

      3.  That defendant Jabez Enterprises, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated May 29, 2007, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**