IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00719-REB-BNB

TRAVELODGE HOTELS, INC.,

Plaintiff,

v.

THIENCO HOSPITALITY, LLC, a Colorado limited liability company,
HENRY VAN DOAN, an individual,
KIM XUAN DOAN, an individual,
MARK GROVES, an individual,
BUSINESS LOAN CENTER, LLC, a Delaware limited liability company, and
BLC REAL ESTATE, LLC, a Delaware limited liability company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Vacate or Postpone Dates in Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting** [docket no. 20, filed June 7, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for June 14, 2007, is VACATED.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice concerning defendants THI, Business Loan Center LLC and BLC Real Estate, LLC , pursuant to Fed.R.Civ.P. 41(a) on or before **July 9, 2007**, or a status report addressing why dismissal has not been accomplished.

DATED:  June 7, 2007