**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00719-REB-BNB

TRAVELODGE HOTELS, INC.,

    Plaintiff,

v.

THIENCO HOSPITALITY, LLC, a Colorado limited liability company,
HENRY VAN DOAN, an individual,
KIM XUAN DOAN, an individual,
MARK GROVES, an individual,
BUSINESS LOAN CENTER, LLC, a Delaware limited liability company, and
BLC REAL ESTATE, LLC, a Delaware limited liability company,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANTS BLC REAL ESTATE, LLC, AND
BUSINESS LOAN CENTER, LLC**

**Blackburn, J.**

The matter before the court is the **Stipulation for Dismissal of Plaintiff's Claims Only Against Separate Defendants BLC Real Estate, LLC and Business Loan Center, LLC** [#34], filed July 23, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendants, BLC Real Estate, LLC and Business Loan Center, LLC, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Plaintiff's Claims Only Against**

**Separate Defendants BLC Real Estate, LLC and Business Loan Center, LLC** [#34], filed July 23, 2007, is **APPROVED**;

    2.  That plaintiff's claims against defendants, BLC Real Estate, LLC, and Business Loan Center, LLC, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3.  That defendants, BLC Real Estate, LLC, and Business Loan Center, LLC, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

    Dated July 23, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**