**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00719-REB-BNB

TRAVELODGE HOTELS, INC.,

    Plaintiff,

v.

MARK GROVES, an individual,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Plaintiff Travelodge Hotels, Inc.'s Notice of Voluntary Dismissal Without Prejudice of All Claims Against Defendant Mark Groves** [#40], filed August 28, 2007.  After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Plaintiff Travelodge Hotels, Inc.'s Notice of Voluntary Dismissal Without Prejudice of All Claims Against Defendant Mark Groves** [#40], filed August 28, 2007, is **APPROVED**;

    2.  That plaintiff's claims against defendant, Mark Groves, an individual, are **DISMISSED WITHOUT PREJUDICE**; and

3. That this case is **CLOSED**.

Dated August 29, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**